<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Civil Action |
| vs. | ) No. 04-MJ-01060 |
| | ) |
| JOHN A. O'NEAL, | ) |
| | ) |
| Defendant | ) |

<u>O R D E R</u>

NOW, this 7th day of November, 2007, following argument held on October 7, 2005 and for the reasons stated in the accompanying Memorandum,

<u>IT IS ORDERED</u> that the decision of Magistrate Judge Charles B. Smith is affirmed.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge